### Anthony MARINO and Diana Marino, Petitioners,

v.

### Vincent DISTEPHANO, M.D., Respondent.

Supreme Court of Pennsylvania.

Nov. 4, 1998.

▬▬▬▬▬▬▬▬

were committed during the commission of a felony (the felony being burglary); Appellant had a significant history of convictions for violent felonies; and Appellant had been convicted of another murder.

*ORDER*

PER CURIAM:

**AND NOW**, this 4th day of November, 1998, the Petition for Allowance of Appeal is granted, the order of the Superior Court is reversed, the order of the Common Pleas Court of Chester County dismissing the complaint is vacated, and the case is remanded to the common pleas court for further proceedings. See *Jacobs v. Halloran,* 551 Pa. 350, 710 A.2d 1098 (1998).